AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS



### SUMMONS IN A CIVIL CASE

**ABRAHAM CALDERON**

v.

THE VILLAGE OF BRIDGEVIEW, ILLINOIS; VILLAGE OF BRIDGEVIEW, ILLINOIS POLICE OFFICER, STAR NO. 25; DEBRA AUGLE; UNKNOWN MALE EMPLOYEE OF THE VILLAGE OF BRIDGEVIEW; MONTERREY SECURITY CONSULTANTS, INC.; JESSE ORTIZ; DANIEL NESIS; ALEJANDRO MIRET; MICHAEL BOYLE; UNKNOWN MALE MONTERREY EMPLOYEE NO. 233; UNKNOWN MALE EMPLOYEE; NELSON RODRIGUEZ; MARIO GONZALEZ; UNKNOWN "SOCCER SECURITY AGENT"; and GENEVIEVE MARIE LEFEVOUR

CASE NUMBER: 1:18-CV-08277

ASSIGNED JUDGE: Hon. John Z. Lee

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

Genevieve M. Lefevour
Johnson & Bell
33 West Monroe St. Suite 2700
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James C. Vlahakis
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



December 18, 2018

DATE

Civil Action No. 1:18-cv-08277

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Abraham Calderon v Genevieve M LeFevour-Johnson & Bell
was received by me on *(date)* 12/18/2018 .

☐ I personally served the summons on the individual at *(place)* 33 W. Monroe, Suite 2700, Chicago, IL 60603
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Janice Williams , who is
designated by law to accept service of process on behalf of *(name of organization)*
Genevieve M. LeFevour - Johnson & Bell on *(date)* 12/20/2018 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/15/2018

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

R.O.S. Consulting, Inc.
23900 W. Industrial Dr. South, Suite 3, Plainfield, IL 60585
117-001339
*Server's address*

Additional information regarding attempted service, etc: