# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABRAHAM CALDERON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE VILLAGE OF BRIDGEVIEW, ILLINOIS, *et al*,<br><br>        Defendants. | Hon. John Z. Lee<br><br>Case No. 18-cv-08277 |

## FIRST OPPOSED MOTION FOR 30 DAY EXTENSION
## OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

Defendants Nelson Rodríguez ("Mr. Rodríguez") and Mario Gonzalez ("Mr. Gonzalez"), by their attorneys, hereby move this Court, under Fed. R. Civ. P. 6(b), for a first extension of time to answer or otherwise plead to the First Amended Complaint of Plaintiff Abraham Calderon ("Mr. Calderon"). In support, Messrs. Rodríguez and Gonzalez state as follows:

1. Mr. Calderon filed his initial complaint on December 17, 2018.

2. Mr. Calderon filed his First Amended Complaint on January 4, 2019.

3. Messrs. Rodríguez and Gonzalez accepted service through counsel.

4. On January 11, 2019, Messrs. Rodríguez and Gonzalez filed their Unopposed Motion to Set Deadline to File a Response to Plaintiff's First Amended Complaint. (Docket No. 23.)

5. On January 14, 2019, this Court granted the unopposed motion, setting a deadline of February 6, 2019 for Messrs. Rodríguez and Gonzalez to answer or otherwise plead to the First Amended Complaint. (Docket No. 29.)

6. Messrs. Rodríguez and Gonzalez seek their first extension of time to answer or otherwise plead. They respectfully request until March 8, 2019, to answer or otherwise plead to the First Amended Complaint.

7. On February 5, 2019, counsel for Messrs. Rodríguez and Gonzalez contacted counsel for Mr. Calderon, who indicated that he opposed a 30-day extension.

8. This motion is not brought for the purposes of delaying the proceedings and will not prejudice any party.

**Wherefore,** Nelson Rodríguez and Mario Gonzalez respectfully request that this Court enter an order extending for 30 days—from February 6, 2019, to March 8, 2019—the time for Mr. Rodríguez and Mr. Gonzalez to answer or otherwise plead to Mr. Calderon's First Amended Complaint.

Dated: February 5, 2019          **Respectfully submitted,**

NELSON RODRÍGUEZ AND MARIO GONZALEZ,

By:   /s/ *R. Matthew Hiller*

       Raj N. Shah
       Raj.Shah@dlapiper.com
       R. Matthew Hiller
       Matt.Hiller@dlapiper.com
       Joseph Carey
       Joe.Carey@dlapiper.com
       **DLA PIPER LLP (US)**
       444 West Lake Street, Suite 900
       Chicago, Illinois 60606
       Tel: 312.368.2198